1
2
3
4
5
6
7

JS-6

**FILED:  9/3/14**

8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, and CONTRACT COMPLIANCE FUND,<br><br>          Plaintiffs,<br>     v.<br><br>CMV ELECTRIC, INC., a California corporation,<br><br>          Defendant. | Case No.  EDCV 14-01501 GHK(AJWx)<br><br>ASSIGNED TO THE HONORABLE GEORGE H. KING<br><br>**[PROPOSED]** ORDER DISMISSING CASE WITHOUT PREJUDICE |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[Proposed] Order.doc

1       IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. Proc. 41(a) and the

2 "Notice of Dismissal Without Prejudice Due to Bankruptcy Filing" filed by Plaintiffs

3 Trustees of the Southern California IBEW-NECA Pension Plan, et al., that all claims

4 for relief in the above-captioned action against Defendant CMV Electric, Inc. are

5 dismissed without prejudice.

6

7

8 Dated:   9/3/14

                                     GEORGE H. KING

9                               CHIEF U. S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE
[Proposed] Order.doc